UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

THOMAS J. ORR
TRUSTEE
321 HIGH STREET
BURLINGTON, NJ  08016

In Re:

DIANE MERLUCCI

Case No.:    06-12760

Judge:    Michael B. Kaplan

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

_____Thomas J. Orr_____, Trustee in the above captioned matter states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed. The undersigned shall immediately forward a check to the court in the amount of _____$11,113.24_____, payable to the Clerk, United States Bankruptcy Court. The parties entitled to said funds are listed below together with their last known address.

| PAYEE NAME AND ADDRESS | AMOUNT |
|---|---|
| New Century Financial Services<br>c/o Pressler and Pressler<br>16 Wing Drive<br>Cedar Knolls, NJ 07927 | $11,113.24 |
|  |  |
|  |  |

Exhibit "A"

| PAYEE NAME AND ADDRESS | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

DATED: April 21, 2009               /s/Thomas J. Orr
                                    Trustee

*Last Revised: 9/3/02*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

THOMAS J. ORR
TRUSTEE
321 HIGH STREET
BURLINGTON, NJ 08016

In Re:

DIANE MERLUCCI

Case No.:    06-12760

Judge:    Michael B. Kaplan

### NOTICE DEPOSITING UNCLAIMED FUNDS
### PURSUANT TO D.N.J. LBR 7067-1

_____Thomas J. Orr_____, Trustee in the above captioned matter states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed. The undersigned shall immediately forward a check to the court in the amount of _____$11,113.24_____, payable to the Clerk, United States Bankruptcy Court. The parties entitled to said funds are listed below together with their last known address.

| PAYEE NAME AND ADDRESS | AMOUNT |
|---|---|
| New Century Financial Services<br>c/o Pressler and Pressler<br>16 Wing Drive<br>Cedar Knolls, NJ 07927 | $5,142.85 |
|  |  |
|  |  |

| PAYEE<br>NAME AND ADDRESS | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

DATED: April 21, 2009          /s/Thomas J. Orr
                               Trustee

*Last Revised: 9/3/02*

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| THOMAS J. ORR<br>TRUSTEE<br>321 HIGH STREET<br>BURLINGTON, NJ 08016 |
| In Re:<br><br>DIANE MERLUCCI |

Case No.: 06-12760

Judge: Michael B. Kaplan

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

_____Thomas J. Orr_____, Trustee in the above captioned matter states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed. The undersigned shall immediately forward a check to the court in the amount of _____$11,113.24_____, payable to the Clerk, United States Bankruptcy Court. The parties entitled to said funds are listed below together with their last known address.

| PAYEE<br>NAME AND ADDRESS | AMOUNT |
|---|---|
| New Century Financial Services<br>c/o Pressler and Pressler<br>16 Wing Drive<br>Cedar Knolls, NJ 07927 | $501.76 |
|  |  |
|  |  |

| PAYEE<br>NAME AND ADDRESS | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

DATED:  April 21, 2009            /s/Thomas J. Orr
                                  Trustee

*Last Revised: 9/3/02*