Proposed Order    Page 1 of 2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

REINHEIMER & REINHEIMER
200 Main Street, PO Box 1086
Toms River, NJ 08754
(732) 349-4650
Attorneys for Debtors

| | |
|---|---|
| IN RE:<br><br>    DIANE MERLUCCI<br><br>                Debtors | Case No.:   06-12760 (MBK)<br><br>Hearing Date: June 29, 2009<br><br>Judge: Michael B. Kaplan |

**ORDER RETURNING UNCLAIMED FUNDS**
**TO DEBTOR**

The relief set forth on the following pages numbered two (2) through (2) is hereby **ORDERED**

Page 2
Debtors:       Diane Merlucci
Case No.       06-12760
Caption of Order:  Order Returning Unclaimed Funds to Debtor

It is on this _____ day of _____, 2009

**ORDERED** as follows:

1.      The Clerk of the United States Bankruptcy Court shall immediately return the unclaimed funds totaling $16,757.85 to Debtor, Diane Merlucci.

2.      Movant shall serve a copy of the within order upon all interested parties within seven (7) days of its receipt.

                                            _____
                                            MICHAEL B. KAPLAN, U.S.B.J.